**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

CURO HEALTH SERVICES, LLC )
d/b/a GENTIVA, )
Plaintiff/Counter-Defendant, )
) CASE NO.: 2:25-cv-02028-DCF
vs. )
)
DEBRA SOBOLEWSKI, )
Defendant/Counter-Plaintiff. )

**NOTICE OF DEPOSITION DUCES TECUM OF TOM DOLAN**

Defendant/Counter-Plaintiff, Debra Sobolewski, by and through her attorney, Rebecca D. Hattabaugh of Ledbetter, Cogbill, Arnold & Harrison, LLP, hereby sets forth her Notice of Deposition Duces Tecum to take the deposition of **TOM DOLAN**, personally, pursuant to the Federal Rules of Civil Procedure. The deposition shall be upon oral examination by stenographic and/or audiovisual means before a duly certified court reporter present with the deponent at the date, time and location set out below, until complete. The purpose of taking this deposition is for discovery and for use as evidence as now provided for by law at the trial of the above-entitled cause.

Deponent: TOM DOLAN

Date and Time: **Tuesday, September 29, 2026, beginning at 2:00 p.m., Central Time**

Location: VIA ZOOM- Invite to be sent out via e-mail

**TOM DOLAN** is hereby requested to produce and permit for inspection at the aforesaid time and place all documents listed on Exhibit "A" to this Notice of Deposition Duces Tecum.

Exhibit C

9/21/2026
DATED

REBECCA D. HATTABAUGH, ABA#96029
LEDBETTER, COGBILL,
ARNOLD & HARRISON, LLP
ATTORNEYS AT LAW
P.O. BOX 185
FORT SMITH, AR 72902-0185
Phone: (479) 782-7294
Fax: (479) 782-1493
e-mail: rhattabaugh@lcahlaw.com

**CERTIFICATE OF SERVICE**

I, Rebecca D. Hattabaugh, one of the attorneys for the Defendant/Counter-Plaintiff herein, do hereby certify that on September 21, 2026, I e-mailed a true and correct copy of the above and foregoing Notice of Deposition to the following:

Mr. Mark Cameron
Mr. Michael S. Moore
Friday, Eldredge & Clark, LLP
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201
mcameron@fridayfirm.com
mmoore@fridayfirm.com
*Attorneys for Plaintiff, Curo Health Services, LLC d/b/a Gentiva*

REBECCA D. HATTABAUGH

**EXHIBIT "A"**

1. Any and all documentation, complaints, reports, evidence, and transcripts of verbal communications received by, garnered, reviewed or relied upon by you in regard to the investigation of Debra Sobolewski in October of 2024 which led to her termination from employment.

2. Any and all transcripts of interviews or notes regarding interviews conducted with any person concerning complaints about Debra Sobolewski.

3. All documentation in the personnel file of Debra Sobolewski related to complaints concerning her behavior or her performance and/or disciplinary actions taken against her.

4. All correspondence related to the investigation of Debra Sobolewski or the decision to place her on suspension or terminate her employment.

5. All policies of Gentiva relating to disciplinary actions or termination of employees which were in effect at the time of termination of Debra Sobolewski.

6. All communications between yourself and Debra Sobolewski for the one year period prior to her termination.