**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| CURO HEALTH SERVICES, LLC<br>d/b/a GENTIVA,<br>Plaintiff/Counter-Defendant, | ) | CASE NO.: 2:25-cv-02028-DCF |
| vs. | ) | |
| DEBRA SOBOLEWSKI,<br>Defendant/Counter-Plaintiff. | ) | |

**NOTICE OF DEPOSITION DUCES TECUM OF JEFF HARRIS**

Defendant/Counter-Plaintiff, Debra Sobolewski, by and through her attorney, Rebecca D. Hattabaugh of Ledbetter, Cogbill, Arnold & Harrison, LLP, hereby sets forth her Notice of Deposition Duces Tecum to take the deposition of **JEFF HARRIS**, personally, pursuant to the Federal Rules of Civil Procedure. The deposition shall be upon oral examination by stenographic and/or audiovisual means before a duly certified court reporter present with the deponent at the date, time and location set out below, until complete. The purpose of taking this deposition is for discovery and for use as evidence as now provided for by law at the trial of the above-entitled cause.

Deponent: JEFF HARRIS

Date and Time: **Monday, September 28, 2026, beginning at 9:00 a.m., Central Time**

Location: VIA ZOOM-Invite to be sent out via e-mail

**JEFF HARRIS** is hereby requested to produce and permit for inspection at the aforesaid time and place all documents listed on Exhibit "A" to this Notice of Deposition Duces Tecum.

Exhibit D

9/21/2026
DATED

REBECCA D. HATTABAUGH, ABA#96029
LEDBETTER, COGBILL,
ARNOLD & HARRISON, LLP
ATTORNEYS AT LAW
P.O. BOX 185
FORT SMITH, AR 72902-0185
Phone: (479) 782-7294
Fax: (479) 782-1493
e-mail: rhattabaugh@lcahlaw.com

**CERTIFICATE OF SERVICE**

I, Rebecca D. Hattabaugh, one of the attorneys for the Defendant/Counter-Plaintiff herein, do hereby certify that on September 21, 2026, I e-mailed a true and correct copy of the above and foregoing Notice of Deposition to the following:

Mr. Mark Cameron
Mr. Michael S. Moore
Friday, Eldredge & Clark, LLP
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201
mcameron@fridayfirm.com
mmoore@fridayfirm.com
*Attorneys for Plaintiff, Curo Health Services, LLC d/b/a Gentiva*

REBECCA D. HATTABAUGH

**EXHIBIT "A"**

1. All documents reviewed by Deponent in preparation for this deposition.

2. A copy of Deponent's current resume or curriculum vitae.

3. All documents or tangible items in Deponent's possession upon which he relied or used to render any opinions in this case, including, but not limited to, electronically stored information, files, articles or reports, outlines, summaries or notes.

4. All documents generated by Deponent with respect to the opinions to be expressed in this case, including, but not limited to, correspondence, reports, outlines, summaries or notes.

5. All literature, reports, articles or treatises which have been utilized in any manner by Deponent in this matter.

6. All policies of Gentiva which address information technology, electronic and cybersecurity safeguards, and security measures pertinent to electronically stored information in effect at the time of Sobolewski's termination.

7. Documentation pertaining to the specific measures taken to restrict access or prevent transfer of files utilized in regard to Sobolewski's computer.

8. Documentation pertaining to the monitoring, remote access, and investigation performed on Sobolewski's computer during and upon termination of her employment.