FRIDAY | ELDREDGE & CLARK LLP

Michael S. Moore | Attorney
Direct: (501) 370-1526
Fax: (501) 244-5348
E-mail: mmoore@fridayfirm.com

400 West Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201-3522
www.FridayFirm.com

August 31, 2026

Rebecca D. Hattabaugh
LEDBETTER, COGBILL, ARNOLD & HARRISON, LLP
622 Parker Avenue
PO Box 185
Fort Smith, AR 72902
rhattabaugh@lcahlaw.com

Re: *Curo Health Services, LLC d/b/a Gentiva v. Debra Sobolewski*
USDC Case No.: 2:25-cv-02028

Dear Rebecca:

We received your 30(b)(6) Deposition Notice on Friday afternoon. We intend to discuss with our client in the next few days to determine whether or not we will have any objections to that notice, and who we can designate in response to that notice. We would like to schedule a good faith conference with you, Thursday or Friday of this week, to discuss those issues. I wanted to write today and let you know that there is simply no way to respond to this notice and produce anyone by the 10th and to also let you know that we will not produce anyone in response to this notice in Rogers. If you want to depose the people we ultimately designate, you will have to travel to them.

When would be a good time for you to discuss this notice later this week?

Sincerely,

Michael S. Moore

MSM:jh

Exhibit F