**From:** Mark K. Cameron
**To:** Alvey Matlock (Guardian Forensics)
**Cc:** Rebecca Hattabaugh; Mike S. Moore
**Subject:** Curo Health Services d/b/a Gentiva v. Debbie Sobolewski
**Date:** Thursday, June 4, 2026 7:54:03 AM
**Attachments:** Protocols design for Guardian Forensics review_Final.docx
Documents Search Terms.xlsx
Excluded Documents List.xlsx

---

Alvey,

Attached is the agreed protocol for review of Ms. Sobolewski's imaged devices and OneDrive and the document search list and exclusion list. As we discussed, at this time we have agreed to exclude any photo/picture files from the report, excluding screenshots. If you have any questions or other considerations regarding the attached please let us know.

-Mark

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379

400 West Capitol Avenue, Suite 2000

Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

Exhibit A