**Forensics Analysis & Recovery Protocol for expert review**

**I. PURPOSE**

The Plaintiff has filed a lawsuit against Defendant alleging, among other claims, misappropriation and breach of confidentiality with respect to certain company documents. Defendant and Plaintiff agree that a set of company documents were transferred from Defendant's company computer and/or company OneDrive account to her personal OneDrive Account. The parties dispute whether such transfer was intentional or the unintended result of an attempt by Plaintiff to transfer personal documents from the company computer and OneDrive. The Parties have agreed to contract with Guardian Forensics to access, preserve, restore, and review digital evidence relating to the documents at issue as a neutral third party. The evidence consists of one (1) laptop, one (1) Microsoft 365 OneDrive account, and two (2) USB storage devices.

This protocol outlines the conditions under which the neutral forensics examiner may access, preserve, analyze, restore, and review digital evidence that may contain intellectual property and trade secrets. Guardian will always exercise sound forensics principles to maintain the integrity of the original evidence.

**Relevant Timeline:**

October 2024—Defendant placed on administrative leave pending investigation

November 4, 2024—Defendant discharged from employment

March 13, 2025—Plaintiff receives notification of file transfer

**III. EVIDENCE REQUESTED FOR REVIEW**

The Parties have agreed to the limited review of one (1) laptop, one (1) Microsoft 365 OneDrive account, and two (2) USB storage devices (collectively the "Storage Locations") owned by Defendant, Deborah Sobolewski. The physical evidence to be presented to the examiner is listed below.

A. [LAPTOP TYPE] **Model:**

**Serial Number:**

Exhibit B

B. USB Storage Device 1 **Name:** Maxtor OneTouch III USB

**Serial Number:** 2casbep8

C. USB Storage Device 2 **Name:** WD Drive 2657 USB

**Serial Number:** 575833324137343836325836

D. Microsoft 360 One Drive **Username & Password to be provided to examiner by Plaintiff through secure means.**

**IV. LOCATION OF REVIEW**

All evidence access for the forensics analysis and review shall occur in a secure office.

**V. CHAIN OF CUSTODY**

The chain-of-custody documentation will be completed by Guardian Forensics.

**VI. ACCESS DURATION**

- Guardian Forensics shall be granted reasonable and sufficient time to complete the inspection, preservation, analysis, and restore process.

**VII. SOFTWARE, TOOLS, EQUIPMENT**

- Guardian shall be allowed to use commercial forensic software of their choice.

**VIII. SEARCH TERMS AND LIMITATIONS**

Plaintiff represents that the attached list of search terms referred to herein as the "Documents", represents the documents which it contends were transferred from Defendant's company computer. Guardian shall use the provided search terms (referred to herein as the "Documents") to conduct its inspection and analysis. Guardian shall exclude from such terms the list of excluded search terms provided by the parties (referred to herein as the "Excluded Documents").

Guardian shall exclude all photographs and pictures, excluding screenshots, from its initial inspection and analysis.

Guardian shall exclude any information regarding communications between Defendant and her attorney, or her attorney's law firm. This shall include any emails to or from senders/recipients with the email domain: @lcahlaw.com or any documents attached to such emails. Guardian agrees that no files or documents from Defendant's devices or drives will be turned over to Plaintiff without first being sent to Defendant's counsel for review to verify that no personal, confidential, and/or attorney-client privileged data is included.

Plaintiff reserves the right to have Guardian conduct further analysis on all documents, photos/pictures, or other information currently excluded from the initial analysis.

**IX. FORENSICS INSPECTION, PRESERVATION, ANALYSIS, AND RESTORATION**

*Initial Inspection*

1. ALREADY COMPLETE

*Disk Imaging*

1. ALREADY COMPLETE

*Analysis of Computer Data*

1. Once the Storage Locations have been imaged, a limited review and analysis of the imaged data shall be performed using the Documents list provided with this protocol.

2. The imaged data shall be searched for the existence of any of the files included on the file list and whether any such files have been deleted, or copied, transferred by any means, or backed up to other individuals, devices, or locations, including any cloud-based storage, or if any attempt has been made to do the same. All details and information related to the foregoing shall be provided in a written report which will first be provided to counsel for Defendant to review to ensure that no privileged information is communicated in the report. If Defendant believes that privileged information is contained in the report, the information will be identified and redacted in a manner to prevent disclosure of privileged data. Plaintiff reserves the right to object to any such redactions and request an in camera review and ruling.

*Preservation of Image*

1. A copy of the computer, USB, and OneDrive image shall be provided to Plaintiff's attorney for preservation during the pendency of the litigation.