**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| CURO HEALTH SERVICES, LLC<br>d/b/a GENTIVA,<br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>DEBRA SOBOLEWSKI,<br>Defendant/Counter-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 2:25-cv-02028-TLB |

**DEFENDANT/COUNTER-PLAINTIFF, DEBRA SOBOLEWSKI'S MOTION TO COMPEL DISCOVERY**

COMES NOW, the Defendant/Counter-Plaintiff, Debra Sobolewski, (hereinafter "Sobolewski"), by and through her attorneys, Ledbetter, Cogbill, Arnold & Harrison, LLP, and for her Motion to Compel Discovery, states as follows:

1. Plaintiff/Counter-Defendant, Curo Health Services, LLC d/b/a Gentiva (hereinafter "Gentiva"), initiated this case against its former employee, Sobolewski for six separate counts, all arising from the same set of operative facts with regard to Sobolewski's alleged accessing and transferring of Gentiva's confidential information without its express consent.

2. Sobolewski filed a Counterclaim based primarily upon breach of contract and wrongful termination arising out of the fact that when Sobolewski was abruptly terminated from her employment she was not given any cause for the termination. The decision to terminate her for cause resulted in the loss of substantial benefits to which she was entitled pursuant to her contracts with Gentiva. Sobolewski alleges that the subsequently stated causes were not the true cause of her termination.

3. During the course of the case, Sobolewski has sought information concerning the alleged files which Gentiva contends contain trade secret, proprietary and intellectual property of Gentiva

which they allege have been transferred and which they contend resulted in damages to Gentiva.

4. Sobolewski has sought information with regard to the reasons that she was terminated from her employment with Gentiva and all documents reviewed by Gentiva or which Gentiva has indicated support that decision in order to prosecute her wrongful termination and breach of contract claims.

5. To date Gentiva has failed to identify witnesses, failed to provide documents, failed to provide identification of files that are allegedly trade secret, proprietary, or contain intellectual property, failed to produce documents related to its access to and monitoring of the device in question, and has failed to identify essential elements that will be necessary in proving these claims. In addition, Gentiva has failed to provide information and documentation which relate to the reasons for Sobolewski's termination.

6. Sobolewski has propounded Interrogatories and Requests for Production of Documents in this matter in order to obtain the information necessary to defend Gentiva's claims against her and to prosecute her own claims. To date, Gentiva has objected to the requests and the responses provided have been either insufficient, evasive or unresponsive. Sobolewski has requested supplementation of these discovery responses.

7. Although Gentiva has indicated that supplemental discovery responses may be provided, it contends that due to the late request for supplementation, its ability to respond has been negatively impacted and no supplemental responses have yet been received.

8. Due to the impending discovery deadline and trial date, Sobolewski files this Motion to Compel in order to preserve her objections to the discovery responses that have been provided as well as to assert her need for additional information in order to defend the claims that have been filed against her and to prosecute her own claims in this matter.

9. Counsel for Sobolewski has conferred with counsel for Gentiva with regard to these matters but no resolution was reached.

10. In support of this Motion, the Court is respectfully referred to the entire file in this action, Gentiva's Responses to Sobolewski's First Set of Interrogatories and Request for Production, attached hereto as Exhibit "A"; Gentiva's Responses to Sobolewski's Second Set of Requests for Production, attached hereto as Exhibit "B"; Gentiva's Responses to Sobolewski's Third Set of Requests for Production, attached hereto as Exhibit "C"; correspondence exchanged between Gentiva's counsel and Sobolewski's counsel concerning the requests for supplementation, collectively attached hereto as Exhibit "D" and the Memorandum Brief in Support of Defendant/Counter-Plaintiff's Motion to Compel filed simultaneously herewith.

WHEREFORE, the Defendant/Counter-Plaintiff, Debra Sobolewski respectfully requests this this Court grant her Motion to Compel Discovery and order the Plaintiff/Counter-Defendant, Gentiva to supplement its discovery responses to the discovery propounded by Debra Sobolewski in this matter and for all other relief to which she may be entitled.

Respectfully submitted,

LEDBETTER, COGBILL,
ARNOLD & HARRISON, LLP
622 Parker Avenue
P.O. Box 185
Fort Smith, Arkansas 72902
Phone: (479) 782-7294
rhattabaugh@lcahlaw.com

BY: ______________________
REBECCA D. HATTABAUGH, ABA#96029
*Attorney for the Defendant/Counter-Plaintiff,*
*Debra Sobolewski*

**CERTIFICATE OF SERVICE**

I, Rebecca D. Hattabaugh, one of the attorneys for the Defendant/Counter-Plaintiff herein, do hereby certify that on October 5th, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will electronically send notification of such filing to the following:

Mr. Mark Cameron
Mr. Michael S. Moore
Friday, Eldredge & Clark, LLP
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201
mcameron@fridayfirm.com
mmoore@fridayfirm.com
*Attorneys for Plaintiff, Curo Health Services, LLC d/b/a Gentiva*

Rebecca D. Hattabaugh