**Friday, October 9, 2026 at 10:08:07 AM Central Daylight Time**

---

**Subject:** Re: 2:25-cv-02028-TLB Curo Health Services, LLC v. Sobolweski
**Date:** Friday, February 13, 2026 at 3:29:38 PM Central Standard Time
**From:** Rebecca Hattabaugh
**To:** Mark K. Cameron, Angela McEvoy
**Attachments:** image001.png

Mark,

I am fine with your request for an additional week.

Rebecca

---

**From:** Mark K. Cameron <mcameron@fridayfirm.com>
**Date:** Friday, February 13, 2026 at 8:25 AM
**To:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>, Angela McEvoy <amcevoy@lcahlaw.com>
**Subject:** RE: 2:25-cv-02028-TLB Curo Health Services, LLC v. Sobolweski

Rebecca,

I'm pulling together responsive documents, but my paralegal has been out sick the past few days. I can get you objections by Monday, but will have to supplement documents later. If you're okay with an additional week extension, I should be able to get you more substantive responses and production.

Thanks,
Mark

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

**From:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Sent:** Monday, January 19, 2026 4:24 PM
**To:** Mark K. Cameron <mcameron@fridayfirm.com>; Angela McEvoy <amcevoy@lcahlaw.com>



EXHIBIT "A'

**Cc:** Mike S. Moore <Mmoore@fridayfirm.com>; Cara Paredes <cparedes@fridayfirm.com>; Jamie Halsell <JHalsell@fridayfirm.com>
**Subject:** Re: 2:25-cv-02028-TLB Curo Health Services, LLC v. Sobolweski

**CAUTION: External Email**

---

Sure.

Rebecca

---

**From:** Mark K. Cameron <mcameron@fridayfirm.com>
**Date:** Monday, January 19, 2026 at 9:49 AM
**To:** Angela McEvoy <amcevoy@lcahlaw.com>, Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Cc:** Mike S. Moore <Mmoore@fridayfirm.com>, Cara Paredes <cparedes@fridayfirm.com>, Jamie Halsell <JHalsell@fridayfirm.com>
**Subject:** RE: 2:25-cv-02028-TLB Curo Health Services, LLC v. Sobolweski

Rebecca,

We're going to need some additional time to pull together the document production and responses for this. Can we push the response date to Monday, February 16?

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

---

**From:** Angela McEvoy <amcevoy@lcahlaw.com>
**Sent:** Tuesday, December 30, 2025 2:55 PM
**To:** Mark K. Cameron <mcameron@fridayfirm.com>; Mike S. Moore <Mmoore@fridayfirm.com>
**Cc:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>; Jamie Halsell <JHalsell@fridayfirm.com>; Keili Minix <kminix@fridayfirm.com>; Sarah Smith <ssmith@fridayfirm.com>; Tara L. Majors <tmajors@fridayfirm.com>
**Subject:** 2:25-cv-02028-TLB Curo Health Services, LLC v. Sobolweski

**CAUTION: External Email**

---

Counsel,

Attached for your review is correspondence from Rebecca D. Hattabaugh regarding Debra Sobolewski's First Set of Interrogatories and Requests for Production of Documents to Curo Health Services, LLC d/b/a Gentiva in the above captioned case. These discovery requests are attached in both .pdf and .doc file formats for your convenience.

Thank you,

Angela D. McEvoy
Legal Assistant for Rebecca D. Hattabaugh and Erin C. Rambo
amcevoy@lcahlaw.com
Direct Dial: (479) 397-0124

LEDBETTER
LEDBETTER \ COGBILL \ ARNOLD \ HARRISON, LLP
Attorneys at Law
P.O. Box 185
Fort Smith, AR 72902-0185
Ph: 479.782.7294

CONFIDENTIALITY STATEMENT

This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Ledbetter, Cogbill, Arnold & Harrison, LLP and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (479-782-7294) immediately.

Notice: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.

**Friday, October 9, 2026 at 10:09:29 AM Central Daylight Time**

| | |
|---|---|
| **Subject:** | Gentiva v. Sobolewski 2:25-cv-02028-TLB \| Gentiva Discovery Responses & Document Production |
| **Date:** | Monday, February 23, 2026 at 5:04:46 PM Central Standard Time |
| **From:** | Cara Paredes |
| **To:** | Rebecca Hattabaugh, Angela McEvoy |
| **CC:** | Jamie Halsell, Mike S. Moore, Mark K. Cameron |
| **Attachments:** | Mimecast Large File Send Instructions.eml |

I'm using Mimecast to share large files with you. Please see the attached instructions.

Counsel,

Please find attached Plaintiff/Counter-Defendant Curo Health Services, LLC d/b/a Gentiva's Responses and Objections to Defendant/Counter-Plaintiff Debra Sobolewski's First Set of Interrogatories and Requests for Production of Documents in the above matter.

Best,
Cara

CARA PAREDES | PARALEGAL

cparedes@fridayfirm.com | Direct: (479) 695-6076 | Fax (501) 537-2906
3350 S. Pinnacle Hills Pkwy, Suite 301
Rogers, Arkansas 72758 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 479-695-6076 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.



EXHIBIT "A"

---

**Subject:** Re: 2:25-cv-02028-TLB Curo Health Services, LLC v. Sobolweski
**Date:** Thursday, April 16, 2026 at 3:00:08 PM Central Daylight Time
**From:** Rebecca Hattabaugh
**To:** Mark K. Cameron, Angela McEvoy
**Attachments:** image001.png

Mark,

I would like to schedule the deposition of Julie Waller. Please provide me with some dates for her deposition.

Thanks,

Rebecca

---

**From:** Mark K. Cameron <mcameron@fridayfirm.com>
**Date:** Friday, February 13, 2026 at 8:25 AM
**To:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>, Angela McEvoy <amcevoy@lcahlaw.com>
**Subject:** RE: 2:25-cv-02028-TLB Curo Health Services, LLC v. Sobolweski

Rebecca,

I'm pulling together responsive documents, but my paralegal has been out sick the past few days. I can get you objections by Monday, but will have to supplement documents later. If you're okay with an additional week extension, I should be able to get you more substantive responses and production.

Thanks,
Mark

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client



**EXHIBIT "A"**

relationship.

**From:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Sent:** Monday, January 19, 2026 4:24 PM
**To:** Mark K. Cameron <mcameron@fridayfirm.com>; Angela McEvoy <amcevoy@lcahlaw.com>
**Cc:** Mike S. Moore <Mmoore@fridayfirm.com>; Cara Paredes <cparedes@fridayfirm.com>; Jamie Halsell <JHalsell@fridayfirm.com>
**Subject:** Re: 2:25-cv-02028-TLB Curo Health Services, LLC v. Sobolweski

**CAUTION: External Email**

---

Sure.

Rebecca

---

**From:** Mark K. Cameron <mcameron@fridayfirm.com>
**Date:** Monday, January 19, 2026 at 9:49 AM
**To:** Angela McEvoy <amcevoy@lcahlaw.com>, Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Cc:** Mike S. Moore <Mmoore@fridayfirm.com>, Cara Paredes <cparedes@fridayfirm.com>, Jamie Halsell <JHalsell@fridayfirm.com>
**Subject:** RE: 2:25-cv-02028-TLB Curo Health Services, LLC v. Sobolweski

Rebecca,

We're going to need some additional time to pull together the document production and responses for this. Can we push the response date to Monday, February 16?

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379

400 West Capitol Avenue, Suite 2000

Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

---

**From:** Angela McEvoy <amcevoy@lcahlaw.com>
**Sent:** Tuesday, December 30, 2025 2:55 PM
**To:** Mark K. Cameron <mcameron@fridayfirm.com>; Mike S. Moore <Mmoore@fridayfirm.com>
**Cc:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>; Jamie Halsell <JHalsell@fridayfirm.com>; Keili Minix <kminix@fridayfirm.com>; Sarah Smith <ssmith@fridayfirm.com>; Tara L. Majors <tmajors@fridayfirm.com>
**Subject:** 2:25-cv-02028-TLB Curo Health Services, LLC v. Sobolweski

**CAUTION: External Email**

Counsel,

Attached for your review is correspondence from Rebecca D. Hattabaugh regarding Debra Sobolewski's First Set of Interrogatories and Requests for Production of Documents to Curo Health Services, LLC d/b/a Gentiva in the above captioned case. These discovery requests are attached in both .pdf and .doc file formats for your convenience.

Thank you,

Angela D. McEvoy
Legal Assistant for Rebecca D. Hattabaugh and Erin C. Rambo
amcevoy@lcahlaw.com
Direct Dial: (479) 397-0124

LEDBETTER
LEDBETTER \ COGBILL \ ARNOLD \ HARRISON, LLP
Attorneys at Law
P.O. Box 185
Fort Smith, AR 72902-0185
Ph: 479.782.7294

CONFIDENTIALITY STATEMENT

This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Ledbetter, Cogbill, Arnold & Harrison, LLP and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (479-782-7294) immediately.

Notice: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.

**Friday, October 9, 2026 at 10:15:30 AM Central Daylight Time**

---

**Subject:** Re: Forensic Review & Expert Disclosure Deadline
**Date:** Friday, May 22, 2026 at 4:16:50 PM Central Daylight Time
**From:** Rebecca Hattabaugh
**To:** Mike S. Moore, Mark K. Cameron
**CC:** Angela McEvoy

I have given some thought to your suggestion about postponing the scheduled depositions. In our discussion, you indicated that if our motion were denied, it might short-cut some of your questioning of Ms. Sobolewski. I have no objection to continuing her deposition to see if we do happen to get a ruling in the next few weeks if you want to do so. Just let me know. I do not think there is any reason to postpone the deposition of Ms. Waller based upon the pending Motion so I would like to keep it scheduled. I will need to take other depositions after she is deposed, and based upon my schedule, I hate to put that off.

In response to Mark's question about the length of the deposition of Ms. Waller, I do believe that it is very likely that we will be finished by 5:00, but I cannot guarantee it.

Thanks,

Rebecca

---

**From:** Mike S. Moore <Mmoore@fridayfirm.com>
**Date:** Monday, May 18, 2026 at 9:25 AM
**To:** Mark K. Cameron <mcameron@fridayfirm.com>, Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Cc:** Angela McEvoy <amcevoy@lcahlaw.com>
**Subject:** RE: Forensic Review & Expert Disclosure Deadline

And we also need to discuss our depositions in light of the still pending motion to amend

MIKE S. MOORE | ATTORNEY

Mmoore@fridayfirm.com | Direct: (501) 370-1526 | Fax (501) 244-5348
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1526 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.



**EXHIBIT "A'**

**From:** Mark K. Cameron <mcameron@fridayfirm.com>
**Sent:** Monday, May 18, 2026 9:24 AM
**To:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Cc:** Mike S. Moore <Mmoore@fridayfirm.com>; Angela McEvoy <amcevoy@lcahlaw.com>
**Subject:** RE: Forensic Review & Expert Disclosure Deadline

Rebecca,

Following up on the below regarding expert disclosures. Thanks!

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379

400 West Capitol Avenue, Suite 2000

Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

**From:** Mark K. Cameron
**Sent:** Wednesday, May 13, 2026 1:33 PM
**To:** 'Rebecca Hattabaugh' <rhattabaugh@lcahlaw.com>
**Cc:** Mike S. Moore <Mmoore@fridayfirm.com>; Angela McEvoy <amcevoy@lcahlaw.com>
**Subject:** RE: Forensic Review & Expert Disclosure Deadline

Rebecca,

Following up here. The deadline to make expert disclosures is May 20, next week. Given that we need to sort out the review by Guardian and that at this time both parties would be interested in identifying Guardian as an expert in this case, I propose that we make a joint request to extend the deadline until June 29, 2026. That will give us time to coordinate with Guardian and give both parties time to evaluate the need for experts following depositions.

The trial is not scheduled until November 16, so moving the deadline should not otherwise put a strain on the current scheduling order.

Let me know and I will draft an unopposed motion.

Thanks!

-Mark

MARK K. CAMERON | ATTORNEY



EXHIBIT "A"

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379

400 West Capitol Avenue, Suite 2000

Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

**From:** Mark K. Cameron
**Sent:** Wednesday, May 6, 2026 4:49 PM
**To:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Cc:** Mike S. Moore <Mmoore@fridayfirm.com>
**Subject:** Forensic Review

Rebecca,

We need to get the forensic review of Ms. Sobolewski's computer, one drive, and usb taken care of. I think we can have the forensic review done and agree on how we want to handle the deletion of those documents separately, given that we still need to sort out the personal v. company information issue. But, with respect to having Guardian analyze the data they have gathered to understand how all of the documents were moved and whether any were transferred after being moved to her computer or one drive, I think we can move forward with that as long as we give them the parameters to not provide us with any attorney-client privileged information.

-Mark

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379

400 West Capitol Avenue, Suite 2000

Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.



**EXHIBIT "A'**

**Monday, October 12, 2026 at 2:43:51 PM Central Daylight Time**

---

| | |
|---|---|
| **Subject:** | Expert Disclosures |
| **Date:** | Monday, June 29, 2026 at 4:44:47 PM Central Daylight Time |
| **From:** | Mark K. Cameron |
| **To:** | Rebecca Hattabaugh, Angela McEvoy |
| **CC:** | Mike S. Moore |
| **Attachments:** | Avansic-Report-Lance-FEC-Gentiva_Sobolewski-001-20260626-FINAL.pdf, EXHIBIT C 001A – OneDrive Personal Full File List.xlsx, EXHIBIT B 001A – Personal OneDrive Comparison File List.xlsx, 2026-06-29 Expert Disclosures.pdf |

Rebecca,

See our current expert disclosures and reports attached. We anticipate supplementing/adjusting based on the guardian forensics report.

-Mark

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379

400 West Capitol Avenue, Suite 2000

Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.



**EXHIBIT "A'**

**Monday, October 12, 2026 at 2:45:27 PM Central Daylight Time**

**Subject:** RE: Gentiva v. Sobolewski
**Date:** Monday, July 27, 2026 at 11:32:11 AM Central Daylight Time
**From:** Mark K. Cameron
**To:** Rebecca Hattabaugh, Mike S. Moore, Angela McEvoy
**Attachments:** image001.jpg

August 5th should work for us. Can you give me an idea of what time you would like to start and how much time you anticipate needing? We could start as early as 9:30 am.

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

**From:** Mark K. Cameron
**Sent:** Monday, July 27, 2026 11:09 AM
**To:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>; Mike S. Moore <Mmoore@fridayfirm.com>; Angela McEvoy <amcevoy@lcahlaw.com>
**Subject:** RE: Gentiva v. Sobolewski

Rebecca,

Tomorrow won't work for us. I will see about August 5th.

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.



**EXHIBIT "A'**

**From:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Sent:** Wednesday, July 22, 2026 3:36 PM
**To:** Mark K. Cameron <mcameron@fridayfirm.com>; Mike S. Moore <Mmoore@fridayfirm.com>; Angela McEvoy <amcevoy@lcahlaw.com>
**Subject:** Re: Gentiva v. Sobolewski

**CAUTION: External Email**

I could do next Tuesday, July 28 if I can get a court reporter. I could also do next Thursday, July 30 or August 5.

Thanks,
Rebecca

---

**From:** Mark K. Cameron <mcameron@fridayfirm.com>
**Date:** Wednesday, July 22, 2026 at 10:02 AM
**To:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>, Mike S. Moore <Mmoore@fridayfirm.com>, Angela McEvoy <amcevoy@lcahlaw.com>
**Subject:** RE: Gentiva v. Sobolewski

Rebecca,

Mr. Watson is fairly flexible over the next three weeks. Tuesdays would be best due to his personal/family scheduling needs. He will be traveling from Tulsa to our office for the deposition. Do you have a sense as to how much time you will need for the deposition?

Can you provide a few dates that you are open, and we can nail something down?

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

---

**From:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Sent:** Tuesday, July 21, 2026 3:49 PM
**To:** Mike S. Moore <Mmoore@fridayfirm.com>; Mark K. Cameron <mcameron@fridayfirm.com>; Angela McEvoy <amcevoy@lcahlaw.com>
**Subject:** Gentiva v. Sobolewski

**CAUTION: External Email**

---

I need to take the deposition of your expert witness. Please provide me with some dates at your earliest convenience.

Thanks,

Rebecca

LEDBETTER
LEDBETTER \ COGBILL \ ARNOLD \ HARRISON, LLP

Rebecca D. Hattabaugh
622 Parker Avenue
Fort Smith, AR. 72901
www.lcahlaw.com
rhattabaugh@lcahlaw.com
479-397-0126 (direct)
479-782-1493 (fax)



**EXHIBIT "A'**

Friday, October 2, 2026 at 3:49:35 PM Central Daylight Time

**Subject:** RE: File sharing
**Date:** Wednesday, August 12, 2026 at 1:42:46 PM Central Daylight Time
**From:** Mark K. Cameron
**To:** Rebecca Hattabaugh
**CC:** Mike S. Moore
**Attachments:** image001.png, image002.png, image003.jpg

Rebecca,

Let's see if we can find a time to get on a call with Alvey. I agree that our goal right now is to understand whether any of the documents have been manipulated or transferred. We also need to know what devices the files are stored on. I'm curious if where we are now will get us to that answer quicker than trying to redo the search again.

With respect to discovery, Gentiva doesn't have any need for a blanket extension of the discovery deadline. We're just a week away from the deadline, and doing so would crowd the dispositive motions and trial deadlines in the month before trial. Given that the Guardian review is a joint review previously agreed to by the parties on Defendant's insistence, I would expect that we would agree to a limited extension beyond the discovery deadline as to that forensic review if necessary.

-Mark

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379
3350 S. Pinnacle Hills Pkwy, Suite 301
Rogers, Arkansas 72758 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

**From:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Sent:** Tuesday, August 11, 2026 10:13 AM
**To:** Mark K. Cameron <mcameron@fridayfirm.com>
**Subject:** Re: File sharing

**CAUTION: External Email**



EXHIBIT "A'

Happy to jump on a call. I would state, however, that I am getting frustrated and do not want to keep pouring my client's money into a process that seems to not be at all fruitful. We are happy to delete the 3000 files from the computer that were involved in the transfer and are not personal in nature. For that matter, we could delete all 5000 and with your permission I could later share the personal photos and files with my client. I would think that the only other thing that you need to confirm is whether any of those specific files involved in the transfer were later manipulated.

I think we may have already missed the deadline for this disclosure so we may need to discuss that as well.

Also, I think that I need to conduct some additional discovery in light of your expert's deposition. I would like to extend the discovery deadline which expires soon. Let me know your thoughts on an extension. I am thinking 30 days. Maybe that also gives us time to complete the Guardian review.

I would like to ask you to determine final witnesses for trial so I can determine if I need to take any other depositions. Do you plan to depose any of my witnesses?

Rebecca

---

**From:** Mark K. Cameron <mcameron@fridayfirm.com>
**Date:** Tuesday, August 11, 2026 at 9:57 AM
**To:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Subject:** RE: File sharing

I think we should schedule a call with Alvey to talk through the data he sent over. This does seem a lot narrower and to at least be focused on the files at issue in this matter, rather than pulling documents that were never part of the file transfer.

-Mark

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

FRIDAY | ELDREDGE & CLARK LLP

Michael S. Moore | Attorney
Direct: (501) 370-1526
Fax: (501) 244-5348
E-mail: mmoore@fridayfirm.com

400 West Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201-3522
www.FridayFirm.com

August 19, 2026

Rebecca D. Hattabaugh
LEDBETTER, COGBILL, ARNOLD & HARRISON, LLP
622 Parker Avenue
PO Box 185
Fort Smith, AR 72902
rhattabaugh@lcahlaw.com

Re: *Curo Health Services, LLC d/b/a Gentiva v. Debra Sobolewski*
USDC Case No.: 2:25-cv-02028

Dear Rebecca:

We are in receipt of an email from you yesterday regarding your intent to seek an extension in the discovery cutoff in this case. We are somewhat confused in some of the assertions or questions in that email, given the fact that we responded to you last week (*See*, attached email from Mark Cameron) which let you know that we objected to any extension of discovery.

With regard to the guardian report, the primary objective of that report is to identify where the documents reside on your client's devices and cloud storage and whether any of the information has been transferred from those devices. The primary goal of this joint review is ultimately removing the files illegally downloaded by your client from any devices or cloud storage. Based on the call with Guardian yesterday, it appears that we are very close to concluding the forensic review and obtaining a report with the relevant information. Both parties have been aware of this joint review for months and will have equal access to Guardian as an expert on the questions to be answered. Therefore, there is no extension of discovery needed for that report to be completed and available at trial. To ensure the review moves along timely, we will reach out to Guardian today and request that the report and review be expedited.

With respect to the extension of discovery generally, this case has been now pending for a year and a half. Our witnesses were disclosed on our Initial Disclosures on October 7, 2025. The documents you have received in discovery, and the information you received two months ago from Julie Waller clearly identified who our primary witnesses would be in this litigation. Until last week, you never indicated that you wanted to conduct any further discovery or take any further depositions. Discovery closes in two days. It is simply too late to decide that you want to take depositions of witnesses that will be presented on our side in this case, given the long delay. Therefore, we will object strenuously to any request to extend discovery.

**EXHIBIT "A'**

Finally, our dispositive motion deadline is in one week. Your refusal to supplement the discovery based upon your client's deposition last week puts us in a position to file a Motion to Compel as soon as possible. Your client's initial refusal and now continued delay in producing emails between her and her new company is problematic, in that we believe those emails may show an intentional violation of the Non-Competition and Confidentiality Agreements signed by your client. In addition, your client newly disclosed contact with current or former Gentiva employees during her deposition. This request and documents related thereto was explicitly sought in Plaintiff's first set of discovery to which your client did not fully respond. These requests are narrow and limited. They should not require an extensive amount of time to prepare and produce the relevant information and documents. Please let us know the day we will receive the supplemental responses showing those emails between your client and her new company.

Sincerely,

Michael S. Moore

MSM:jh
attachment

EXHIBIT "A'

---

**Subject:** Supplemental Expert Disclosures
**Date:** Wednesday, August 19, 2026 at 6:06:26 PM Central Daylight Time
**From:** Mark K. Cameron
**To:** Rebecca Hattabaugh
**CC:** Mike S. Moore, Angela McEvoy, Sara Cowie
**Attachments:** Debra Sobolewski.csv, 2026-08-19 Expert Disclosures_Supplement.pdf, Avansic-Supp Report-Lance-FEC_Gentiva_Sobolewski-001-20260818.pdf

Rebecca,

Attached is a supplement to Lance Watson's expert report with the information discussed during the deposition. I've also included the "log" provided to Avansic by Gentiva as referenced in the deposition. No new opinions are being made by Mr. Watson in this supplement. As I agreed to during Mr. Watson's deposition, we are willing to make him available for an additional deposition limited to the attached supplemental materials. If you feel an additional deposition is necessary, I suggest we try to conduct it via zoom to save everyone a little time and cost.

Best,
Mark

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379
3350 S. Pinnacle Hills Pkwy, Suite 301
Rogers, Arkansas 72758 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.



**EXHIBIT "A'**

Monday, October 12, 2026 at 2:58:03 PM Central Daylight Time

---

**Subject:** Re: Supplemental Expert Disclosures
**Date:** Friday, August 28, 2026 at 2:32:02 PM Central Daylight Time
**From:** Rebecca Hattabaugh
**To:** Mark K. Cameron
**CC:** Mike S. Moore, Angela McEvoy, Sara Cowie

I wanted to let you know that I do want to depose Jeff Harris based upon these Supplemental Expert Disclosures.

I have not made a decision on a supplemental deposition of Watson. I will review the attached documents and let you know asap.

I am fine with both of these being conducted by Zoom.

Rebecca

---

**From:** Mark K. Cameron <mcameron@fridayfirm.com>
**Date:** Wednesday, August 19, 2026 at 6:06 PM
**To:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Cc:** Mike S. Moore <Mmoore@fridayfirm.com>, Angela McEvoy <amcevoy@lcahlaw.com>, Sara Cowie <scowie@fridayfirm.com>
**Subject:** Supplemental Expert Disclosures

Rebecca,

Attached is a supplement to Lance Watson's expert report with the information discussed during the deposition. I've also included the "log" provided to Avansic by Gentiva as referenced in the deposition. No new opinions are being made by Mr. Watson in this supplement. As I agreed to during Mr. Watson's deposition, we are willing to make him available for an additional deposition limited to the attached supplemental materials. If you feel an additional deposition is necessary, I suggest we try to conduct it via zoom to save everyone a little time and cost.

Best,
Mark

MARK K. CAMERON | ATTORNEY

mcameron@fridayfirm.com | Direct: (501) 370-1578 | Fax (501) 244-5379
3350 S. Pinnacle Hills Pkwy, Suite 301



EXHIBIT "A'

Rogers, Arkansas 72758 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1578 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.



EXHIBIT "A'

**Monday, October 12, 2026 at 2:48:24 PM Central Daylight Time**

---

**Subject:** 2:25-cv-02028, Curo Health Services, LLC v. Debra Sobolewski
**Date:** Friday, August 28, 2026 at 4:03:34 PM Central Daylight Time
**From:** Angela McEvoy
**To:** mcameron@fridayfirm.com, Mike S. Moore
**CC:** Cara Paredes, Rebecca Hattabaugh
**Attachments:** 2026-8-28-NOTICE OF 30B6 DEPO OF PLTF.pdf, image003.png

Mr. Cameron and Mr. Moore,

Attached is the Notice of 30(b)(6) Deposition of Plaintiff, Curo Health Services, LLC d/b/a Gentiva in the above captioned case.

Thank you,

Angela D. McEvoy
Legal Assistant for Rebecca D. Hattabaugh and Erin C. Rambo
amcevoy@lcahlaw.com
Direct Dial: (479) 397-0124

LEDBETTER
LEDBETTER \ COGBILL \ ARNOLD \ HARRISON, LLP
Attorneys at Law
P.O. Box 185
Fort Smith, AR 72902-0185
Ph: 479.782.7294

CONFIDENTIALITY STATEMENT

This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Ledbetter, Cogbill, Arnold & Harrison, LLP and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (479-782-7294) immediately.

Notice: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.



**EXHIBIT "A'**

FRIDAY | ELDREDGE & CLARK LLP

Michael S. Moore | Attorney
Direct: (501) 370-1526
Fax: (501) 244-5348
E-mail: mmoore@fridayfirm.com

400 West Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201-3522
www.FridayFirm.com

August 31, 2026

Rebecca D. Hattabaugh
LEDBETTER, COGBILL, ARNOLD & HARRISON, LLP
622 Parker Avenue
PO Box 185
Fort Smith, AR 72902
rhattabaugh@lcahlaw.com

Re: *Curo Health Services, LLC d/b/a Gentiva v. Debra Sobolewski*
USDC Case No.: 2:25-cv-02028

Dear Rebecca:

We received your 30(b)(6) Deposition Notice on Friday afternoon. We intend to discuss with our client in the next few days to determine whether or not we will have any objections to that notice, and who we can designate in response to that notice. We would like to schedule a good faith conference with you, Thursday or Friday of this week, to discuss those issues. I wanted to write today and let you know that there is simply no way to respond to this notice and produce anyone by the 10th and to also let you know that we will not produce anyone in response to this notice in Rogers. If you want to depose the people we ultimately designate, you will have to travel to them.

When would be a good time for you to discuss this notice later this week?

Sincerely,

Michael S. Moore

MSM:jh

**EXHIBIT "A'**

Monday, October 12, 2026 at 3:43:15 PM Central Daylight Time

**Subject:** Re: Gentiva v. Debra Sobolewski
**Date:** Tuesday, September 1, 2026 at 6:58:58 PM Central Daylight Time
**From:** Rebecca Hattabaugh
**To:** Jamie Halsell
**CC:** Mike S. Moore, Mark K. Cameron

I will make myself available on Thursday or Friday to discuss. What time/day do you propose?

I am fine to do the deposition(s) by Zoom and to reschedule within the current discovery deadline, just send me a proposed date.

Rebecca

**From:** Jamie Halsell <JHalsell@fridayfirm.com>
**Date:** Monday, August 31, 2026 at 3:01 PM
**To:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Cc:** Mike S. Moore <Mmoore@fridayfirm.com>, Mark K. Cameron <mcameron@fridayfirm.com>
**Subject:** Gentiva v. Debra Sobolewski

Ms. Hattabaugh:

On behalf of Mr. Moore, please see attached.

JAMIE HALSELL | LEGAL ASSISTANT TO MICHAEL S. MOORE AND LIZ K. HARRIS

JHalsell@fridayfirm.com | Direct: (501) 370-1542 | Fax (501) 376-2147
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1542 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.



**EXHIBIT "A'**

Monday, October 12, 2026 at 2:49:18 PM Central Daylight Time

---

**Subject:** Gentiva v. Sobolewski
**Date:** Friday, September 11, 2026 at 5:13:26 PM Central Daylight Time
**From:** Rebecca Hattabaugh
**To:** Mark K. Cameron, Mike S. Moore, Angela McEvoy
**Attachments:** image001.jpg

**EXHIBIT "A'**

Although I hope that the case is resolved next week and we intend to participate in good faith, our time to complete discovery is short. When we agreed to push the 30(b)(6) deposition back and move the settlement conference up as you requested, the idea was that an earlier settlement conference had the potential to avoid some additional legal fees and possibly make settlement more likely. I believe we discussed getting the depositions which had been requested scheduled after the settlement conference was to occur but before the discovery deadline which is October 4. As that does not give us much time, I would request that some dates be provided for the 30(b)(6) deposition within that time frame.

I also requested the deposition of Jeff Harris on August 28, and I have not received dates for his deposition.

In addition, I would like to depose Tom Dolan and Ronald Lazus. You have identified Tom Dolan as the decision maker, but Julie Waller identified Ronald Lazus as the decision maker at her deposition. Under the circumstances, I think I need to take a brief deposition of both. I would also request that the deposition of David Causby be scheduled. All three of these depositions will be brief.

I am willing to take all of these depositions by Zoom.

Thanks,

Rebecca

LEDBETTER
LEDBETTER \ COGBILL \ ARNOLD \ HARRISON, LLP

Rebecca D. Hattabaugh
622 Parker Avenue
Fort Smith, AR. 72901
www.lcahlaw.com
rhattabaugh@lcahlaw.com
479-397-0126 (direct)
479-782-1493 (fax)

**Subject:** Re: Re:
**Date:** Friday, September 25, 2026 at 4:10:26 PM Central Daylight Time
**From:** Rebecca Hattabaugh
**To:** Mike S. Moore
**CC:** Angela McEvoy, Mark K. Cameron

I will wait to see your filings. I am available to confer on Monday.

Have a good weekend Mike.

Rebecca

---

**From:** Mike S. Moore <Mmoore@fridayfirm.com>
**Date:** Friday, September 25, 2026 at 4:06 PM
**To:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Cc:** Angela McEvoy <amcevoy@lcahlaw.com>, Mark K. Cameron <mcameron@fridayfirm.com>
**Subject:** Re:

As you will see, at least part of the reason for the motions is that you issued the equivalent of requests for production to produce documents in a week which is not allowed
Sent from my iPhone

> On Sep 25, 2026, at 3:58 PM, Rebecca Hattabaugh <rhattabaugh@lcahlaw.com> wrote:
>
> **CAUTION:** External Email
>
> ---
>
> Mike,
>
> I am confused by your email. We had noticed the deposition of Jeff Harris for Monday. Are you producing Jeff Harris on Monday or not? I first requested his deposition a month ago after he was disclosed as an expert witness to testify as to the IT issues on August 19. When we spoke on September 3, I requested dates. I again requested dates for his deposition on September 11 and asked that dates by provided before September 18 due to the impending discovery deadline. Because I had still not received any dates, the deposition was noticed on September 21. You now state that two other persons will be better suited to testify and will be supplementing the expert disclosures. Are you



EXHIBIT "A'

withdrawing Jeff Harris as a witness altogether? If not, when is he being produced?

In the event that you are withdrawing Jeff Harris as a witness and naming two new expert witnesses, please provide dates for their depositions when you submit your supplemental responses.

I am baffled by your complaints regarding late discovery requests in light of your objecting to a discovery extension and then noticing an out of state deposition and identifying two new expert witnesses a week out from the discovery deadline. As I recall, you did not need to do any additional discovery and had disclosed all witnesses when you stated you would strenuously object to a Motion to extend the deadlines. I also cannot imagine that you are surprised that I unilaterally noticed depositions after you refused to provide dates. At least two of the depositions were requested almost a month ago and you have still not provided dates.

I can do Tom Dolan's deposition on October 2. Please provide a start time and I will issue an amended notice.

Rebecca

---

**From:** Mike S. Moore <Mmoore@fridayfirm.com>
**Date:** Thursday, September 24, 2026 at 8:27 AM
**To:** Rebecca Hattabaugh <rhattabaugh@lcahlaw.com>
**Cc:** Mark K. Cameron <mcameron@fridayfirm.com>
**Subject:** <no subject>

Rebecca,

We will be filing motions to quash your deposition notices for David Causby, Ronald Lazas and your 30(b)(6) notice. Those motions should be filed tomorrow. We would also propose Ed Nuqui in place of Jeff Harris for testimony regarding discovery and response of your client's transfer of documents. In addition, Matt Haschak—Chief Security Information Officer—is a better fit to discuss Gentiva's systems than Jeff Harris. We will be supplementing our discovery responses and expert disclosures to reflect these witnesses. We will need to see about dates of availability. Five unilaterally noticed depositions two weeks prior to the close of discovery is not how we expected Defendant to approach the discovery extension, in particular given the relatively narrow scope of additional discovery required that Defendant represented to the Court.

Tom Dolan is not available on 9/29. He is available on Oct. 2 or the week of Oct. 5.

Alternatively we would propose that his deposition be rescheduled after resolution of the above referenced motions. Let us know your response to that proposal

MIKE S. MOORE | ATTORNEY

Mmoore@fridayfirm.com | Direct. (501) 370-1526 | Fax (501) 244-5348

400 West Capitol Avenue, Suite 2000

Little Rock, Arkansas 72201-3522 | www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1526 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.



**EXHIBIT "A'**